NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

12-658

STATE OF LOUISIANA

VERSUS

JONATHAN PARKER

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 01-NS-3890
HONORABLE JAMES PAUL DOHERTY, JR.

\*\*\*\*\*\*\*\*\*\*\*\*

JAMES T. GENOVESE
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Marc T. Amy, James T. Genovese, and Shannon J. Gremillion, Judges.

APPEAL DISMISSED. THE DEFENDANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN FIFTEEN DAYS OF THE DATE OF THIS OPINION.

Hon. David Randal Wagley
ADA - 27th JDC
P.O. Box 1968
Opelousas, LA 70570
(337) 351-1630
COUNSEL FOR APPELLEE:
    State of Louisiana

**Kenneth R. Martinez**
**Attorney at Law**
**P.O. Box 119**
**Ville Platte, LA 70586**
**(337) 363-6639**
**COUNSEL FOR:**
    **Support Enforcement, State of Louisiana**

**Brandon Guillory**
**Attorney at Law**
**413 N. Walnut St.**
**Opelousas, LA 70570**
**(337) 351-9000**
**COUNSEL FOR APPELLANT:**
    **Jonathan Parker**

**Jonathan Parker, In Proper Person**
**830 Belle Drive**
**Breaux Bridge, LA 70517**
**(337) 315-9503**

**Cylneathea Ernestine**
**637 Old Dover Road**
**Morris Plaint, NJ 07950**

**Genovese, Judge.**

This case is a nonsupport matter. On April 11, 2012, the Hearing Officer recommended the Defendant, Jonathan Parker, be found in contempt of court for failure to pay arrearages, serve ninety days in parish jail, the term of incarceration be suspended, and be placed on two years unsupervised probation. The Defendant filed an objection to the recommendation, and the matter was set for hearing. At a hearing held on May 14, 2012, the district court signed a judgment affirming the Hearing Officer's recommendation. The Defendant filed a notice of appeal on May 16, 2012. An appeal was granted by the district court on May 22, 2012.

The appellate record was lodged with this court on June 8, 2012. This court subsequently issued a rule to show cause why the appeal should not be dismissed, as the judgment is non-appealable. The Defendant did not respond.

The judgment at issue is not appealable. *See* La.Code Civ.P. art. 227; La.R.S. 13:4611; La.Code Crim.P. art. 912.1. Accordingly, we hereby dismiss the Defendant's appeal. The Defendant may seek supervisory writs within fifteen (15) days of the date of this decision. The Defendant is not required to file a notice of intent to seek writs, nor must he obtain an order from the trial court setting a return date, as is generally required by Uniform Rules—Courts of Appeal, Rule 4-3. We construe the notice of appeal as a timely-filed notice of intent to seek a supervisory writ.

**APPEAL DISMISSED. THE DEFENDANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN FIFTEEN DAYS OF THE DATE OF THIS OPINION.**